UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE, | ) ) ) ) |
| *Plaintiff,* | ) ) |
| v. | )  Civil Action No. 22-1657 (TSC) ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) |
| *Defendant.* | ) ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, Plaintiff's Response, and the entire record, it is hereby

ORDERED that Defendant's motion is DISMISSED.

SO ORDERED.

Dated: _____       _____
                                                                            TANYA S. CHUTKAN
                                                                            United States District Judge